UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM MOSS | CIVIL ACTION |
| VERSUS | NUMBER: 13-5136 |
| STATE OF LOUISIANA | SECTION: "H"(5) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, William Moss, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 8th day of January, 2014.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**